UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL MARTINEZ GONZALEZ, et. al.,

    Plaintiffs

vs.                                            CIVIL NO. 98-2220 (JP)

JAMES C. LOMBARDI, et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 23, 1999<br>**Docket #** 35<br><br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Motion to Inform Settlement | **NOTED.** As far as the Court is concerned, this case is terminated and the ISC set for September 2, 1999 is hereby **CANCELLED.** The parties **SHALL** file any settlement stipulation on or before **September 3, 1999,** and the Court **SHALL** enter Judgment, dismissing the case, on this date. |

                                                                  JAIME PIERAS, JR.
**Date:**                                  U.S. Senior District Judge