IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

20-583-1

| | |
|---|---|
| DANIEL MARTINEZ GONZALEZ<br>ROXANA SIERRA CANDELARIO<br>MARIA T. GONZALEZ SANCHEZ | CIVIL NO. 98-2220 (JP) |
| Plaintiffs | |
| VS. | SOBRE: |
| JAMES C. LOMBARDI<br>INSURANCE COMPANY A<br>INSURANCE COMPANY B | PLAINTIFFS REQUEST<br>JURY TRIAL |
| Defendants | |
| VS. | |
| JIMENA RICCO CASTROMAN, et al | |
| Third Party Defendants | |

### JUDGEMENT

Having considered the stipulation for settlement filed by the parties to this action, the same is hereby approved and all claims are hereby dismissed with prejudice.

IT IS SO ORDERED and adjudged in San Juan, Puerto Rico, this 3rd day of September, 1999.

_____
U.S. DISTRICT JUDGE